UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTER GOMEZ, | 1:03-cv-06488-OWW-DLB-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | |
| HASADSRI, et al., | |
|         Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 10, 2004, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Plaintiff filed objections on November 24, 2004.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 10, 2004, are ADOPTED in full;

2. This action shall proceed only against defendants Hasadsri, Miller and German for use of excessive force in violation of the Eighth Amendment; and

3. Plaintiff's claims based on deliberate indifference to medical needs and plaintiff's claims regarding inmate appeals are DISMISSED. IT IS SO ORDERED.

**Dated:   May 23, 2006**            /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE

2