IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER J. GOMEZ,                       CASE NO. CV-F-03-6488 OWW DLB P

         Plaintiff,                            ORDER DIRECTING SUBMISSION
                                                OF USM 285 FORMS

    vs.

HASADSRI, et al.,

         Defendants.
                                                 /

       Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. The court has determined that the amended complaint states cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) for excessive force in violation of the Eighth Amendment. Accordingly, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Dr. Hasadsri, MTA Miller, and RN German.

       2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summons, an instruction sheet and a copy of the amended complaint filed June 16, 2004.

       3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

              a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Four (4) copies of the endorsed amended complaint filed June 16, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

IT IS SO ORDERED.

Dated:   **May 25, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE