# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTER GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>T. HASADSRI, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-6488 OWW DLB P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2007, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

<u>Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

IT IS SO ORDERED.

Dated:    **November 30, 2007**          /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE

1